## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOHN TICHOT,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No.   10-135-P-S** |
| | ) | |
| **U.S. DEPARTMENT OF STATE,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 7) filed April 22, 2010, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that Plaintiff's Complaint is **<u>DISMISSED</u>** pursuant to 28 U.S.C. 1915(e)(2)(B).

_/s/ George Z. Singal_____ __
United States District Judge

Dated this 17th day of May, 2010.